## REPLEVIN.

Bemus *v.* Beekman, 3 Wend. 667.

In S. Ct., Beekman v. Bemus, 7 Cow. 29.

*Replevin.   Amendment of Verdict.   Defective Verdict.*

In replevin—the jury found for the plaintiff, but omitted to find *costs* or *damages*.   The Circuit Judge, after they had separated, allowed " *six cents costs* " to be added by the clerk, and referred it to the Supreme Court, whether it might be amended as to the damages.   The Supreme Court allowed the " six cents " to be added to the verdict for damages ; and also held, that the amendment of " six cents costs " was rightfully allowed by the Circuit Judge.   On writ of error,

The Court of Errors held, that a plea of property having been interposed, as well as a plea of *non cepit*, a verdict for the plaintiff upon the plea of *non cepit*, determines nothing between the parties except the *taking*, and the plaintiff is not entitled to recover unless the other issue be also found for him.   3 Wend. 667.

The jury found for the plaintiff on the plea of *non cepit*, but assessed no damages ; and on the plea of *property,* found that it was not in the defendant, but did not find it in the plaintiff; and the Court of Errors held, that the verdict was defective in substance, and that the court was not authorized to amend it by adding nominal damages to the finding of the jury.

Judgment *reversed.*

---

☞ See Sprague *v.* Kneeland, 12 Wend. 161,

Boynton *v.* Page, 13 Wend. 425,

Note.—In this case, a party to the writ of error having died after joinder in error, the judgment in error was directed to be entered *nunc pro tunc,* as of a term previous to the death.